**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>RENEE C. ELVIRA and EDWIN RUIZ<br>v.<br>OCWEN LOAN SERVICING, LLC | Case Number: 1:15-cv-7291 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RENEE C. ELVIRA and EDWIN RUIZ

| |
|---|
| NAME (Type or print)<br>Mara A. Baltabols |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/:Mara A. Baltabols |
| FIRM<br>Sulaiman Law Group, Ltd. |
| STREET ADDRESS<br>900 Jorie Boulevard, Suite 150 |
| CITY/STATE/ZIP<br>Oak Brook, Illinois 60523 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6299033 | (630) 575-8181 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [x] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [X] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]