**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:15-cv-7291 |
|---|---|
| RENEE C. ELVIRA and EDWIN RUIZ | |
| v. | |
| OCWEN LOAN SERVICING, LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RENEE C. ELVIRA and EDWIN RUIZ

| | |
|---|---|
| NAME (Type or print) | |
| Ross M. Zambon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/:Ross M. Zambon | |
| FIRM | |
| Zambon Law, Ltd./Sulaiman Law Group, Ltd. (Of Counsel) | |
| STREET ADDRESS | |
| 900 Jorie Boulevard, Suite 150 | |
| CITY/STATE/ZIP | |
| Oak Brook, Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6294149 | (630) 575-8181 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]  APPOINTED COUNSEL [ ] | |