# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:  1:15-cv-7291
RENEE C. ELVIRA and EDWIN RUIZ
v.
OCWEN LOAN SERVICING, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RENEE C. ELVIRA and EDWIN RUIZ

| | |
|---|---|
| **NAME** (Type or print) <br> Ahmad T. Sulaiman | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/:Ahmad T. Sulaiman | |
| **FIRM** <br> Sulaiman Law Group, Ltd. | |
| **STREET ADDRESS** <br> 900 Jorie Boulevard, Suite 150 | |
| **CITY/STATE/ZIP** <br> Oak Brook, Illinois 60523 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279456 | TELEPHONE NUMBER <br> (630) 575-8181 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐