**U.S. District Court for the Northern District Of Illinois**
AMENDED **Attorney Appearance Form**

Case Title: RENEE C. ELVIRA and EDWIN RUIZ, Plaintiffs, v. OCWEN LOAN SERVICING, LLC, Defendant.

Case Number: 1:15-CV-7291

An appearance is hereby filed by the undersigned as attorney for:

DEFENDANT, OCWEN LOAN SERVICING, LLC

Attorney name (type or print): Aukse Stase Joiner

Firm: Bryan Cave LLP

Street address: 161 North Clark Street, Suite 4300,

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6288549
(See item 3 in instructions)

Telephone Number: (312) 602-5000

Email Address: aukse.joiner@bryancave.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 11, 2015

Attorney signature: S/ Aukse Stase Joiner
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015