# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| RENEE C. ELVIRA and EDWIN RUIZ, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:15-cv-7291 |
| v. | ) ) | Honorable Matthew F. Kennelly |
| OCWEN LOAN SERVICING, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER

Defendant, Ocwen Loan Servicing, LLC ("Ocwen"), by and through its counsel, Bryan Cave LLP, and in response to this Court's December 14, 2015 Show Cause Order [Dkt. 26], states as follows:

1.　Yesterday, this Court entered an order requiring Ocwen to show cause as to why sanctions should not be entered for its counsel's failure to appear at the case management conference, which was scheduled for 9:00 a.m.

2.　The Bryan Cave attorney who is primarily responsible for this matter, Aukse Joiner, became extremely ill over the weekend and was diagnosed with a severe case of pneumonia by her doctor this morning. In the course of seeking medical treatment, that attorney inadvertently missed the scheduled hearing.

3.　Upon realizing that Ms. Joiner had failed to appear due to health reasons, the undersigned immediately contacted the Court and opposing counsel to apologize. Bryan Cave and its attorneys take court hearings and deadlines very seriously and have great respect for both the Court's and opposing counsel's time. Accordingly, mistakes like the one that occurred this

morning are rare, and we are evaluating our internal procedures to ensure that such oversights do not occur in the future.

4. Counsel for Plaintiffs has graciously agreed not to object to this Response to the Court's Show Cause Order.

WHEREFORE, Defendant respectfully requests that the Court vacate the Show Cause Order, not impose sanctions on Defendant or its counsel, and order such further relief as the Court deems appropriate.

Respectfully submitted,

Ocwen Loan Servicing, LLC


By: /s/ Jena M. Valdetero
     One of its Attorneys

Jena Valdetero (6290948)
Aukse Stase Joiner (6288549)
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050
jena.valdetero@bryancave.com
aukse.joiner@bryancave.com

2

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on December 15, 2015, a true and correct copy of the foregoing was served via the Court's electronic filing system to all counsel of record.

*/s/ Jena M. Valdetero*